OHND Case: 1:24 MJ 4008

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF WEST VIRGINIA

FILED
OCT 3 2023
U.S. DISTRICT COURT-WVND
WHEELING, WV 26003

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>TEO MARCERO COLEMAN,<br>aka "Teddy,"<br>TERRY L. BLAIR, JR.,<br>aka "Fool," and<br>MARLOW HURD,<br>aka "Brah,"<br><br>Defendants. | Criminal No. 5:23-cr-57<br><br>Violations: 18 U.S.C. § 2<br>21 U.S.C. § 841(a)(1)<br>21 U.S.C. § 841(b)(1)(C)<br>21 U.S.C. § 846 |

# INDICTMENT

The Grand Jury charges that:

## COUNT ONE

(Conspiracy to Distribute and Possess with the Intent to Distribute Cocaine Base)

During a period commencing on or about April 21, 2023, and ending on or about August 1, 2023, in Ohio County, within the Northern District of West Virginia, and elsewhere, defendants **TEO MARCERO COLEMAN, aka "Teddy," TERRY L. BLAIR, JR., aka "Fool," and MARLOW HURD, aka "Brah,"** did unlawfully, knowingly and intentionally combine, conspire, confederate, agree and have a tacit understanding to violate Title 21, United States Code, Section 841(a)(1). It was a purpose and object of the conspiracy to possess with intent to distribute cocaine base, also known as "crack," a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(C).

## COUNT TWO

(Distribution of Cocaine Base)

On or about April 21, 2023, in Ohio County, in the Northern District of West Virginia, defendant **TERRY L. BLAIR, JR., aka "Fool,"** aided and abetted by **TEO MARCERO COLEMAN, aka "Teddy,"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 18, United States Code, Section 2, and Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

(Distribution of Cocaine Base)

On or about April 24, 2023, in Ohio County, in the Northern District of West Virginia, defendant **TEO MARCERO COLEMAN, aka "Teddy,"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FOUR

(Distribution of Cocaine Base)

On or about June 16, 2023, in Ohio County, in the Northern District of West Virginia, defendant **MARLOW HURD, aka "Brah,"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT FIVE

(Distribution of Cocaine Base)

On or about June 30, 2023, in Ohio County, in the Northern District of West Virginia, defendant **MARLOW HURD, aka "Brah,"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT SIX

(Distribution of Cocaine Base)

On or about August 1, 2023, in Ohio County, in the Northern District of West Virginia, defendant **MARLOW HURD, aka "Brah,"** did unlawfully, knowingly, intentionally, and without authority, distribute a mixture and substance containing a detectable amount of cocaine base, also known as "crack," a Schedule II controlled substance, in exchange for a sum of United States currency; in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## FORFEITURE ALLEGATION

*Controlled Substance Act*

Pursuant to Title 21, United States Code, Section 853, and Title 21, United States Code, Section 841, the government will seek the forfeiture of property as part of the sentence imposed in this case; that is, the forfeiture of any property used, or intended to be used, to commit or to facilitate the commission of the above referenced offense, and any property constituting, or derived from, proceeds obtained directly or indirectly, as a result of such offense.

A True Bill,

/s/_____
Grand Jury Foreperson

/s/_____
WILLIAM IHLENFELD
United States Attorney

Carly C. Nogay
Assistant United States Attorney

Morgan S. McKee
Assistant United States Attorney